HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VILLA SONOMA CONDOMINIUM HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALLIED INSURANCE COMPANY OF AMERICA, an Ohio Corporation; ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation; DEPOSITORS INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>　　　　　　　　　　Defendants. | NO.  2:23-cv-00304-TL<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ALLIED INSURANCE COMPANY OF AMERICA, ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, AMCO INSURANCE COMPANY, DEPOSITORS INSURANCE COMPANY, AND NATIONWIDE MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED |

　　Pursuant to FRCP 41(a), Plaintiff Villa Sonoma Homeowners Association (the "Association") hereby dismisses its claim only against Defendants Allied Insurance Company of America, Allied Property and Casualty Insurance Company, AMCO Insurance Company, Depositors Insurance Company, Nationwide Mutual Insurance Company (collectively

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DEFENDANTS ALLIED INSURANCE COMPANY OF AMERICA, ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, AMCO INSURANCE COMPANY, DEPOSITORS INSURANCE COMPANY, AND NATIONWIDE MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED (No. 2:23-cv-00304-TJ) - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

"Defendants") without prejudice and without costs.  Defendants have not served either an answer or a motion for summary judgment, and FRCP Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this action. Accordingly, the Association may dismiss its claim against Defendants without a court order pursuant to FRCP 41(a).  As no other Defendants remain in this lawsuit other than Doe Insurance Companies 1-10 which the Association also dismisses without prejudice and without costs, the Association asks that this case be closed.

DATED this 25th day of May, 2023.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jerry H. Stein*
*/s/ Justin D. Sudweeks*
*/s/ Daniel Stein*
*/s/Cortney Feniello*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Cortney M. Feniello, WSBA 57352
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
Email: jerry@condodefects.com
justin@condodefects.com
dstein@condodefects.com
cfeniello@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DEFENDANTS ALLIED INSURANCE COMPANY OF AMERICA, ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, AMCO INSURANCE COMPANY, DEPOSITORS INSURANCE COMPANY, AND NATIONWIDE MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED (No. 2:23-cv-00304-TJ) - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660